No. 93. COOK ET AL. *v.* BROTHERHOOD OF SLEEPING CAR PORTERS ET AL. Supreme Court of Missouri. Certiorari denied. *Victor Packman, Henry D. Espy* and *Joseph C. Waddy* for petitioners. *Clif Langsdale* for the Brotherhood of Sleeping Car Porters et al., and *George W. Holmes* for the Missouri Pacific Railroad Co., respondents.

No. 97. BENNETT *v.* THE MORMACTEAL ET AL. C. A. 2d Cir. Certiorari denied. *Louis R. Harolds* for petitioner. *Joseph M. Cunningham* and *Vernon S. Jones* for respondents.

No. 100. ALKER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Jacob Kossman* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Oehmann* and *Joseph F. Goetten* for the United States.

No. 102. JEOFFROY MFG., INC., ET AL. *v.* GRAHAM ET AL. C. A. 5th Cir. Certiorari denied. *W. W. Gibson* for petitioners. *Claude A. Fishburn* and *Orville O. Gold* for respondents.

No. 104. STROUD ET AL. *v.* BENSON, SECRETARY OF AGRICULTURE, ET AL. C. A. 4th Cir. Certiorari denied. *Jesse A. Jones* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Lionel Kestenbaum* for the Secretary of Agriculture, respondent.

No. 105. RUUD ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *William S. Holden* for petitioners. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *Elizabeth Dudley* for the United States.